IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, et al.,<br><br>  Plaintiff,<br><br>  vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY,<br><br>  Defendant. | No. CV-F-07-323 OWW/NEW<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT (Doc. 6) AND VACATING ORAL ARGUMENT SET FOR APRIL 9, 2007 |

Plaintiffs have filed a First Amended Complaint in response to Defendant's Motion to Dismiss. Pursuant to Rule 15(a), Federal Rules of Civil Procedure, Plaintiffs are entitled to amend their Complaint once as a matter of course before a responsive pleading is filed. Because a motion to dismiss is not a responsive pleading for purposes of Rule 15(a), *see Miles v. Department of Army,* 881 F.2d 777, 781 (9th Cir.1989), Defendant's Motion to Dismiss is moot.

///

1

ACCORDINGLY:

1. Defendant's Motion to Dismiss is DENIED as moot.

2. Oral argument set for April 9, 2002 is VACATED.

IT IS SO ORDERED.

**Dated:   March 29, 2007**          /s/ Oliver W. Wanger
668554                              UNITED STATES DISTRICT JUDGE