ERICA S. AROUESTY, CA Bar No. 149769
Legal Department
BLUE CROSS OF CALIFORNIA
21555 Oxnard Street, First Floor
Woodland Hills, CA  91367
Telephone:  (818) 234-1472
Fax:  (818) 234-4505

Attorneys for Defendant BLUE CROSS OF CALIFORNIA (erroneously filed and served as BC LIFE & HEALTH INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D. an individual,<br><br>             Plaintiff,<br>    vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO.: 1:07-CV-00323-0WW-NEW (TAG)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS [FRCP 12(b)(6)]**<br><br>**OLD DATE:  May 14, 2007**<br>**NEW DATE:  May 21, 2007**<br>**TIME:  10:00 a.m.**<br>**COURTROOM:  3** |

   WHEREAS Defendant Blue Cross of California served and filed a Motion to Dismiss the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), set for hearing on May 14, 2007.

   WHEREAS counsel for Defendant Blue Cross of California inadvertently set the hearing on a date she is not available.

   WHEREAS counsel for plaintiffs and defendant agree to move the hearing date one week, to May 21, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS THEREFORE STIPULATED by and between Plaintiffs Maria Quaresma and Marshall S. Flam, M.D. and Defendant Blue Cross of California, through their respective counsel of record, that the hearing date of Defendant's Motion to Dismiss be continued to May 21, 2007 at 10:00 a.m.

IT IS FURTHER STIPULATED that the filing and service deadlines for the opposition and reply papers are calendared from the new hearing date.

IT IS SO STIPULATED

Dated: April 11, 2007                                                   Dated: April 11, 2007

Thomas E. Campagne, Esq.                                    Erica S. Arouesty, Esq.
Travis R. Stokes, Esq.                                              Legal Department
Campagne & Campagne                                           Blue Cross of California


By: /S/ Thomas E. Campagne, Esq.                        By: /S/ Erica S. Arouesty, Esq.
    Thomas E. Campagne, Esq.                                    Erica S. Arouesty, Esq.
    Attorneys for Plaintiffs                                              Attorneys for Defendant
    Maria Quaresma and Marshall S. Flam, M.D.     Blue Cross of California

### **ORDER**

**IT IS HEREBY ORDERED** that the hearing on Defendant Blue Cross of California's Motion to Dismiss is rescheduled from May 14, 2007 to May 21, 2007 at 10:00 a.m.

**Dated:** April 12, 2007

                                       /s/ Oliver W. Wanger
                             Honorable Oliver W. Wanger
                             Judge of the United States District Court
                             Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com