1  Thomas E. Campagne, #065375
   Mary F. Lerner, #235825
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Fresno Airport Office Center
   1685 North Helm Avenue
4  Fresno, California 93727
   Telephone: (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS**<br><br>**(Please note:** requested date changed as original requested date is a court holiday)<br><br>Current Date: September 17, 2007<br>Proposed Date: October **15**, 2007<br>Time: 10:00 a.m.<br>Courtroom: 3 |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
Fax (559) 252-9617

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS due to the press of business, the Court has continued the
2   hearing regarding Plaintiff's Motion to Remand and Defendant's Motion to Dismiss from
3   September 10, 2007 to September 17, 2007.

4   WHEREAS Blue Cross has recently substituted in Mr. Ronald Odom as
5   counsel of record; and Mr. Odom would like time to familiarize himself with the file.

6   WHEREAS neither counsel for Plaintiffs Maria Quaresma and Marshall S.
7   Flam, M.D., nor counsel for Defendant Blue Cross are available on September 17, 2007.

8   WHEREAS counsel for Plaintiffs and Defendant agree to move the hearing
9   to **October 15, 2007**.

10   NOW THEREFORE it is Stipulated by and between the parties, through
11   their respective counsel of record, that the hearing on Plaintiff's Motion to Remand and
12   Defendant's Motion to Dismiss be continued to **October 15, 2007 at 10:00 a.m. in**
13   **Courtroom 3** of this Court.

14   **IT IS SO STIPULATED:**

15   Dated: September 11, 2007                    Dated: September 11, 2007

16   Campagne, Campagne & Lerner            Legal Department, Blue Cross of California

18   By: /s/ Thomas E. Campagne               By: /s/ Ronald R. Odom
       Thomas E. Campagne                          Ronald R. Odom
19     Attorneys for Plaintiffs Maria              Attorneys for Defendant Blue Cross
       Quaresma and Marshall Flam, M.D.            of California

21                                    **ORDER**

22   **GOOD CAUSE SO APPEARING, IT IS HEREBY ORDERED** that the
23   hearing on Plaintiffs' Motion to Remand and Defendant's Motion to Dismiss is continued
24   to **October 15, 2007 at 10:00 a.m. in Courtroom 3** of this Court.

26   Dated: Sept. 16, 2007                       /s/ OLIVER W. WANGER
                                                  Honorable Oliver W. Wanger
27                                                Judge of the United States District Court
                                                  Eastern District of California

28   slt:\F:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Stip to Move Hearings.doc

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637

STIPULATION AND ORDER TO CONTINUE HEARING DATE PLAINTIFF'S MOTION TO
REMAND AND DEFENDANT'S MOTION TO DISMISS

Page 1

PDF created with pdfFactory trial version www.pdffactory.com