1 | RONALD R. ODOM, CA Bar No. 151074
Legal Department
BLUE CROSS OF CALIFORNIA
21555 Oxnard Street, First Floor
Woodland Hills, CA 91367
Telephone: (818) 234-3160
Fax: (818) 348-3546

Attorneys for Defendant BLUE CROSS OF CALIFORNIA (erroneously filed and served as BC LIFE & HEALTH INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D. an individual,<br><br>         Plaintiff,<br>   vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO: 1:07-CV-00323-OWW-NEW<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO REMAND AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND DIRECTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

Now before the Court are the motion of Plaintiffs' to Remand this action to state court and Defendant's motion to dismiss the First Amended Complaint. Having carefully reviewed the parties' papers and the relevant legal authority and having heard argument on the motions, the Court makes the following orders:

   1. Plaintiffs' motion to remand is DENIED;

   2. Defendant's motion to dismiss is GRANTED IN PART AND DENIED IN PART WITH LEAVE TO AMEND:

---

1
Order Denying Plaintiffs' Motion to Remand and Granting in Part and Denying in Part Defendant's Motion to Dismiss First Amended Complaint and Directing Plaintiffs to File Second Amended Complaint

PDF created with pdfFactory trial version www.pdffactory.com

         a. The First, Second, Third and Thirteenth through Twenty-Third Causes of Action are dismissed with leave to amend to allege claims by Dr. Flam for breach of contract and misrepresentation based on allegations that Defendants promised or pre-approved reimbursement for the cancer treatment at issue.  The Fourth through Twelfth Causes of Action are dismissed without leave to amend based on ERISA pre-emption to the extent these causes of action include allegations that Defendant failed to process Decedent DaRosa's claim within the time limits set forth in California Insurance Code § 790.03(h) and 10 California Code of Regulations §§ 2695.2 and 2695.7, and denied the claim for reimbursement in violation of California Health & Safety Code § 1367.21 and California Insurance Code § 10123.195.

     3. Counsel for Defendant shall prepare and lodge a form of Order within 5 days of the filing date of this Memorandum Decision;

     4. Plaintiffs shall file a Second Amended Complaint in compliance with the rulings herein within 30 days of the filing date of the Order.

     IT IS SO ORDERED.

DATED: November 6, 2007

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        United States District Court
                                        Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com