**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>            Plaintiffs,<br><br>      vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF'S A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT**<br><br>**(Doc. 37)** |

Plaintiffs and Defendant, by and though their counsel of record, in light of vacation schedules and the holiday season, and in light of the parties' continuing efforts to exchange data voluntarily and hopefully settle this litigation, hereby stipulate as follows:

  1.   Plaintiffs shall have a continuance until January 15, 2008, to file their Second Amended Complaint.

**SO STIPULATED:**

Dated: November 19, 2007                    Dated: November 19, 2007

Campagne, Campagne & Lerner                 Legal Department, Blue Cross of California

By: /s/ Mary F. Lerner                                By: /s/ Ronald R. Odem
    Mary F. Lerner                                            Ronald R. Odem
    Attorneys for Plaintiffs Maria                      Attorneys for Defendant Blue Cross
    Quaresma and Marshall Flam, M.D.            of California

**IT IS SO ORDERED.**

**November 28, 2007**                                **Gary S. Austin**
                                                                    **The Honorable Gary S. Austin**
                                                                    **United States Magistrate Judge**

STIPULATION AND ORDER TO ALLOW PLAINTIFFS A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO ALLOW PLAINTIFFS A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT

Page 1

PDF created with pdfFactory trial version www.pdffactory.com