1  Thomas E. Campagne, #065375
   Mary F. Lerner, #235825
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Fresno Airport Office Center
   1685 North Helm Avenue
4  Fresno, California 93727
   Telephone: (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERNCE**<br><br>Current Date: December 12, 2007<br>Proposed Date: February 27, 2008<br>Time: 8:45 a.m.<br>Courtroom: 3 |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERNCE

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, the Court approved a stipulation by the parties to allow
2 Plaintiffs a continuance to file their Second Amended Complaint until January 15, 2008,
3 in light of the parties' continuing efforts to exchange data voluntarily and hopefully settle
4 this litigation;

5     WHEREAS, counsel for Plaintiffs and Defendant agree to move the
6 Scheduling Conference date to February 27, 2008;

7     NOW THEREFORE it is stipulated by and between the parties, through
8 their respective counsel of record, that the Scheduling Conference date be continued to
9 **February 27, 2008 at 8:45 a.m. in Courtroom 3** of this Court.

10 **IT IS SO STIPULATED:**

11 Dated: November 30, 2007    Dated: November 30, 2007

12 Campagne, Campagne & Lerner    Legal Department, Blue Cross of California

13

14 By: /s/ Mary F. Lerner    By: /s/ Ronal R. Odom
15     Mary F. Lerner        Ronald R. Odom
    Attorneys for Plaintiffs Maria        Attorneys for Defendant Blue Cross
16     Quaresma and Marshall Flam, M.D.        of California

17 **ORDER**

18     **GOOD CAUSE SO APPEARING, IT IS HEREBY ORDERED** that the
19 Scheduling Conference is continued to **February 27, 2008 at 8:45 a.m. in Courtroom 3**
20 of this Court.

21

22 December 4, 2007    /s/ OLIVER W. WANGER
23     Honorable Oliver W. Wanger
    Judge of the United States District Court
24     Eastern District of California

25

26

27 mfl:\F:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Stip to Move Sched.Conf.doc

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERNCE      Page 1

PDF created with pdfFactory trial version www.pdffactory.com