**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF'S A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT** |

Plaintiffs and Defendant, by and though their counsel of record, in light of the parties' continuing efforts to exchange data voluntarily and hopefully settle this litigation, hereby stipulate as follows:

1. Plaintiffs shall have a continuance until February 5, 2008, to file their Second Amended Complaint.

**SO STIPULATED:**

Dated: January 10, 2008                    Dated: January 10, 2008

Campagne, Campagne & Lerner          Legal Department, Blue Cross of California


By: /s/ Mary F. Lerner                          By: /s/ Ronald R. Odom
   Mary F. Lerner                                      Ronald R. Odom
   Attorneys for Plaintiffs Maria                 Attorneys for Defendant Blue Cross
   Quaresma and Marshall Flam, M.D.       of California

**SO ORDERED:**

January 11, 2008                                  /s/ Gary S. Austin

                                                          Gary S. Austin
                                                          United States Magistrate Judge

slt:\F:\DATA\docs\Flam,Dr.Marshall\LeonelDaRosa\FederalDocuments\StipFileSAC-secondstip.doc

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com