# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,

Plaintiffs,

vs.

BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No. 07-CV-00323-OWW-NEW

**STIPULATION AND ORDER TO ALLOW PLAINTIFF'S A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT**

Plaintiffs and Defendant, by and though their counsel of record, in light of the parties' continuing efforts to exchange data voluntarily and hopefully settle this litigation, hereby stipulate as follows:

1. Plaintiffs shall have a continuance until February 12, 2008, to file their Second Amended Complaint.

**SO STIPULATED:**

Dated: February 5, 2008

Campagne, Campagne & Lerner

By: /s/ Mary F. Lerner
Mary F. Lerner
Attorneys for Plaintiffs Maria
Quaresma and Marshall Flam, M.D.

Dated: February 5, 2008

Legal Department, Blue Cross of California

By: /s/ Ronald R. Odom
Ronald R. Odom
Attorneys for Defendant Blue Cross
of California

**SO ORDERED:  2/5/2008**

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
Judge of the United States District Court
Eastern District of California

slt:\F:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Stip File SAC-second stip.doc

PDF created with pdfFactory trial version www.pdffactory.com