**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF'S A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT** |

Plaintiffs and Defendant, by and though their counsel of record, in light of the parties' continuing efforts to exchange data voluntarily and hopefully settle this litigation, hereby stipulate as follows:

1. Plaintiffs shall have a continuance until February 26, 2008, to file their Second Amended Complaint.

**SO STIPULATED:**

Dated: February 12, 2008                          Dated: February 12, 2008

Campagne, Campagne & Lerner           Legal Department, Blue Cross of California

By: /s/ Mary F. Lerner                                By:   /s/ Ronald R. Odom
　　Mary F. Lerner                                           Ronald R. Odom
　　Attorneys for Plaintiffs Maria                     Attorneys for Defendant Blue Cross
　　Quaresma and Marshall Flam, M.D.          of California

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Pursuant to the stipulation of the parties, the Plaintiffs shall have until February 26, 2008, to file their Second Amended Complaint. The Scheduling Conference set for February 27, 2008, at 8:45 am is hereby VACATED. The new Scheduling Conference will be held on April 24, 2008, at 8:15 am in Courtroom 3 before Judge Oliver W. Wanger.

Dated : February 12, 2008         /s/ Gary S. Austin
                                  Honorable Gary S. Austin
                                  United States Magistrate Judge
                                  United States District Court
                                  Eastern District of California, Fresno

slt:\F:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Stip File SAC-second stip.doc

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

COMPLAINT                                                                          Page 2

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO ALLOW PLAINTIFFS A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT

Page 1

PDF created with pdfFactory trial version www.pdffactory.com