**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF'S A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT** |

Plaintiffs and Defendant, by and though their counsel of record, in light of the parties' continuing efforts to exchange data voluntarily and hopefully settle this litigation, hereby stipulate as follows:

1. Plaintiffs shall have a continuance until March 25, 2008, to file their Second Amended Complaint.

**SO STIPULATED:**

Dated: February 25, 2008                    Dated: February 25, 2008

Campagne, Campagne & Lerner          Legal Department, Blue Cross of California


By:   /s/ Mary F. Lerner                          By:  /s/ Ronald R. Odom
      Mary F. Lerner                                    Ronald R. Odom
      Attorneys for Plaintiffs Maria              Attorneys for Defendant Blue Cross
      Quaresma and Marshall Flam, M.D.      of California

**SO ORDERED:    2/26/2008**

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
Judge of the United States District Court
Eastern District of California

slt:\F:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Stip File SAC- 4th stip.doc

STIPULATION AND ORDER TO ALLOW PLAINTIFFS A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO ALLOW PLAINTIFFS A CONTINUANCE TO FILE THEIR SECOND AMENDED COMPLAINT

Page 1

PDF created with pdfFactory trial version www.pdffactory.com