Thomas E. Campagne, #065375
Mary F. Lerner, # 235951
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA, a California Corporation; and BC LIFE & HEALTH INSURANCE COMPANY, a corporation,<br><br>Defendants. | Case No. 1:07-CV-00323-OWW-NEW<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING AN INDEPENDENT MEDICAL REVIEW BY THE CALIFORNIA DEPARTMENT OF INSURANCE** |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637

STIPULATION AND ORDER TO STAY LITIGATION PENDING AN INDEPENDENT MEDICAL REVIEW BY THE CALIFORNIA DEPARTMENT OF INSURANCE

PDF created with pdfFactory trial version www.pdffactory.com

1       WHEREAS, Plaintiffs (Quaresma/DaRosa/Flam) and Defendants (BC Life/Blue Cross) have been attempting to settle this litigation;

3       WHEREAS, the parties have submitted this matter to the California Insurance Commissioner's Office for an Independent Medical Review ("IMR"), which IMR might help the parties resolve this case in that the result of the IMR is binding on Defendant Blue Cross (although not binding on Plaintiffs);

7       IT IS HEREBY STIPULATED AND AGREED by Defendants (Blue Cross of California and BC Life & Health Insurance Company) <u>and</u> Plaintiffs (Maria Quaresma, Successor in Interest of Leonel DaRosa, a deceased individual and, Marshall S. Flam, M.D.), being the only parties to this litigation, through their respective counsel of record, <u>as follows</u>:

12     1.   The current litigation is to be placed on "*stay*" until the sooner of either (a) thirty (30) days after the California Insurance Commissioner reaches a final decision on the pending IMR, or (b) the Second Amended Complaint is filed.

15 Dated: March 12, 2008

17            \s\ Ron Odom
18            Ron Odom, Attorney for Defendants

19 Dated: March 12, 2008     Campagne, Campagne & Lerner

21            By   \s\ Mary F. Lerner
               Mary F. Lerner
22            Attorneys for Plaintiffs

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE: (559) 255-1637

STIPULATION AND ORDER TO STAY LITIGATION PENDING AN INDEPENDENT MEDICAL REVIEW BY THE CALIFORNIA DEPARTMENT OF INSURANCE

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1  THE ABOVE STIPULATION IS APPROVED AND SUCH IS SO
2  ORDERED.

8  Dated: March 12, 2008          /s/ OLIVER W. WANGER
                                  U.S. Eastern District Court Judge

lnmF:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Stip-Order to Stay Lit-030708.doc

AMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727

STIPULATION AND ORDER TO STAY LITIGATION PENDING AN INDEPENDENT MEDICAL REVIEW BY THE CALIFORNIA DEPARTMENT OF INSURANCE

Page 2

PDF created with pdfFactory trial version www.pdffactory.com