Thomas E. Campagne, #065375
Mary F. Lerner, #235825
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,<br><br>               Plaintiffs,<br><br>     vs.<br><br>BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 1:07-CV-00323-OWW-NEW<br><br>**ARBIRATION STIPULATION** |

WHEREAS, the above-captioned matter involving Plaintiff's Decedent Patient Leonel DaRosa, Maria Quaresma, successor in interest, and Dr. Marshall Flam has been stayed pursuant to the parties' Stipulation pending the results of an Independent Medical Review by the California Insurance Commissioner as detailed in the Stipulation and Court Order approved and executed by the Honorable Judge Wanger on March 12, 2008;

WHEREAS, Dr. Flam and his Medical Group Hematology-Oncology Medical Group of Fresno have also become involved in three other disputes with Blue Cross/BC Life & Heath (hereinafter "*Blue Cross/BC Life*") involving similar cancer treatments for three patients; namely, Shyrl Nunley, Viki Royce, and Sandra Wiest.

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ARBITRATION STIPULATION

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, similar to the instant litigation (involving Patient DaRosa), the

2   three above-described other disputes (involving patients Shyrl Nunley, Viki Royce, and

3   Sandra Wiest) similarly involve the underlying issue of whether the chemical treatments

4   provided were "*medically necessary*";

5    WHEREAS, Blue Cross's/BC Life's "*not medically necessary*" opinion and

6   subsequent denial of benefits (in the instant DaRosa matter, as well as in the above-listed

7   three other patient disputes) all involve the opinion of the same Blue Cross/BC Life expert

8   witness;

9    WHEREAS, the parties to this litigation have been attempting to resolve all

10   of these matters, and the parties feel that the cases involving patients Shyrl Nunley, Viki

11   Royce and Sandra Wiest, are substantially similar to the instant matter involving patient

12   DaRosa; and

13    WHEREAS, the parties and issues in the instant federal court litigation are

14   substantially similar to the pending arbitration of any and all disputes, now pending before

15   JAMS (Case No.: 1130004135), involving patient Viki Royce, Dr. Peter Wittlinger of the

16   Hematology-Oncology Medical Group of Fresno and Blue Cross/BC Life;

17    WHEREAS, the parties to the instant federal court litigation agree that any

18   and all disputes involving this federal suit (Patient DaRosa) and the remaining two

19   patients (Shyrl Nunley and Sandra Wiest) should likewise be resolved at binding

20   arbitration before JAMS, together with the patient Viki Royce matter;

21    WHEREAS, binding arbitration before JAMS of any and all disputes

22   between, on the one hand, patients DaRosa, Shyrl Nunley, Viki Royce and Sandra Wiest;

23   and Hematology-Oncology Medical Group of Fresno/Dr. Flam/Dr. Peter Wittlinger, and

24   on the other hand, Blue Cross/BC Life, in the opinion of all counsel for said entities, can

25   easily be submitted to final and binding arbitration before one JAMS Arbitrator at a

26   consolidated arbitration hearing (in the event the Insurance Commissioner's Independent

27   Medical Review does not earlier resolve all the matters beforehand);

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FACSIMILE (559) 252-9617

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, the parties feel that the Federal Arbitration Act (9 USC § 1, *et*

2   *seq.*) allows the parties to refer the instant litigation (together with the aforementioned

3   other disputes involving patients Shyrl Nunley, Viki Royce and Sandra Wiest) to binding

4   arbitration before one JAMS qualified Arbitrator;

5    NOW, THEREFORE, the parties hereby stipulate as follows and hereby

6   agree that (pursuant to the Court's inherent authority and the Federal Arbitration Act) the

7   Court should issue the following Order confirming the following stipulations:

8    1.    The aforementioned Recitals are adopted and approved.

9    2.    The parties agree to engage in final and binding arbitration before

10   one JAMS Arbitrator for any and all disputes involved or related to or arising from the

11   above-captioned litigation, <u>and</u> also in the aforementioned Dr. Flam/Dr. Wittlinger/

12   Hematology-Oncology Medical Group of Fresno/Patients Shyrl Nunley, Viki Royce and

13   Sandra Wiest <u>versus</u> Defendants Blue Cross/BC Life disputes (as described in the above

14   Recitals).   The consolidated Arbitration hearing shall be conducted by the Arbitrator

15   within the City of Fresno at a place to be determined by the Arbitrator upon consultation

16   with the parties.  The "*JAMS Streamlined Arbitration Rules and Procedures*" shall govern

17   the pre-arbitration proceedings and the Arbitration hearing itself.  However, it is agreed

18   that the Deposition(s) of Blue Cross' expert witness, Dr. Flam and Dr. Wittlinger may be

19   taken <u>if</u> a party so desires.  The Arbitration hearing shall occur within 180 days of the

20   Court's approval of this Stipulation unless the parties stipulate to a later date **only with**

21   **court approval (oww)**.

22    3.    The Arbitrator shall, after the Arbitration Hearing, issue a final and

23   binding written Decision, within sixty (60) days of the Arbitration Hearing concluding

24   upon the submission of all post-hearing briefs (if any); unless the parties stipulate to allow

25   the Arbitrator more time.  Upon the issuance of said final Arbitration Decision, the parties

26   participating in the Arbitration Hearing shall file the written Decision with this Court.

27   Thereafter, enforcement, modification and/or correction of the Arbitrator's Decision shall

28   be pursuant to the Federal Arbitration Act.   The Arbitrator's Decision shall be in

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ARBIRATION STIPULATION

Page 3

PDF created with pdfFactory trial version www.pdffactory.com

1  accordance with all applicable California and Federal Law involving any and all causes of

2  action and issues submitted by the above-described Arbitrating Parties (i.e., Arbitrating

3  Parties are <u>on the one hand</u> Claimants/Patients DaRosa, Nunley, Royce and Wiest and/or

4  Hematology-Oncology Medical Group/Dr. Wittlinger and Dr. Flam thereof; <u>and on the</u>

5  <u>other hand</u>, Defendants/Blue Cross/BC Life).

6          4.      Therefore, any and all disputes between the Arbitrating Parties shall

7  now be referred to binding arbitration as provided above.

8          5.      The instant above-captioned Federal Court Litigation is placed on

9  "*stay*" until the Arbitrator reaches a <u>final</u> arbitration decision, and that written arbitration

10  decision is filed with the United State District Court, Eastern District of California, and

11  said Court thereafter rules upon any post-arbitration decision enforcement motion as

12  provided in the provisions of the Federal Arbitration Act.

13          6.      The parties further stipulate that this Court should issue the below

14  Order, thereby confirming and approving this Stipulation; and thereby staying this

15  litigation, while this District Court retains jurisdiction to consider post-arbitration motions

16  pursuant to the Federal Arbitration Act.

17  **IT IS SO STIPULATED:**

18  Dated:  April __, 2008                                         Dated:  April __, 2008

19  Campagne, Campagne & Lerner                      Legal Department, Blue Cross of California

20

21

22  By: _____         By: _____
      Attorneys For Plaintiffs Decedent                Ronald R. Odom

23    DaRosa's, Executrix Maria Quaresma          Attorneys For Defendant Blue

      and Marshall Flam, M.D.                              Cross/BC Life & Health Regarding

24                   <u>and</u>                                            Defense Of This Suit (Patient DaRosa)

25    Attorneys For Claimants/Patients                          <u>and</u>

      Nunley, Royce and Wiest and/or their           Regarding Defense Of Claims Of

26    estates; and Claimants Dr. Marshall             Patients Nunley, Royce, Wiest / Flam /

      Flam, Dr. Peter Wittlinger, doing                  Wittlinger / Hematology-Oncology

27    business together as Hematology-               Medical Group

28    Oncology Medical Group of Fresno

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ARBITRATION STIPULATION

Page 4

PDF created with pdfFactory trial version www.pdffactory.com

1

2
## <u>ORDER</u>

3
**GOOD CAUSE SO APPEARING, IT IS HEREBY ORDERED** that the

4
above stipulations are approved and such is so ordered.  Therefore, this litigation is stayed

5
pending the filing of the arbitrator's written decision.

6

7

8

9

10
Dated:  April 4, 2008                         /s/ OLIVER W. WANGER

11

12
_____

13
Honorable Oliver W. Wanger
Judge of the United States District Court
Eastern District of California

14

15

16

17

18

19

20

21

22

23
wg:F:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Final Arbitration Stipulation.doc

24

25

26

27

28

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ARBIRATION STIPULATION

Page 5

PDF created with pdfFactory trial version www.pdffactory.com