| | |
|---|---|
| 1 | Mary F. Lerner, # 235951 |
|   | Campagne, Campagne & Lerner |
| 2 | A Professional Corporation |
|   | Fresno Airport Office Center |
| 3 | 1685 North Helm Avenue |
|   | Fresno, California 93727 |
| 4 | Telephone: (559) 255-1637 |
|   | Facsimile: (559) 252-9617 |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MARIA QUARESMA, an individual and Successor in Interest of LEONEL DAROSA, a deceased individual, MARSHALL S. FLAM, M.D., an individual,

    Plaintiffs,

vs.

BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,

    Defendants.

Case No. 1:07-CV-00323-OWW-NEW

**SUPPLEMENT TO ARBITRATION STIPULATION**

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637

SUPPLEMENT TO ARBITRATION STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

1  Reference is made to the arbitration stipulation executed by the parties <u>and</u>
2  approved by Court Order filed 4/04/2008 at document no. 53. By that stipulation and
3  order, the parties agreed to final and binding arbitration before one JAMS arbitrator for
4  any and all disputes between the parties involved, related to, or arising from the above-
5  captioned litigation <u>and</u> also in the described other disputes (involving patients Shyrl
6  Nunley, Viki Royce and Sandra Wiest) which similarly involve the underlying issue of
7  whether the chemical treatments were "*medically necessary*"

8  By this stipulation the parties now add the similar dispute (of whether the
9  chemical treatments were "*medically necessary*") involving patient Guadalupe Nuno to
10 the parties aforementioned arbitration stipulation and to the previous Approval Order of
11 the Honorable Oliver W. Wanger.

12 **IT IS SO STIPULATED:**

13 Dated: May __, 2008                            Dated: May __, 2008

14 Campagne, Campagne & Lerner                   Legal Department, Blue Cross of California

17 By: /s/ Mary F. Lerner                         By: /s/ Ronald R. Odom
    Attorneys For Plaintiffs Decedent                Ronald R. Odom
18  DaRosa's, Executrix Maria Quaresma              Attorneys For Defendant Blue
    and Marshall Flam, M.D.                          Cross/BC Life & Health Regarding
19                                                   Defense Of This Suit (Patient DaRosa)
    <u>and</u>
20  Attorneys For Claimants/Patients                 <u>and</u>
    Nunley, Royce and Wiest and/or their             Regarding Defense Of Claims Of
21  estates; and Claimants Dr. Marshall              Patients Nunley, Royce, Wiest / Flam /
    Flam, Dr. Peter Wittlinger, doing                Wittlinger / Hematology-Oncology
22  business together as Hematology-                 Medical Group
23  Oncology Medical Group of Fresno

24 ///
25 ///
26 ///
27 ///
28 ///

Campagne, Campagne & Lerner
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637

SUPPLEMENT TO ARBITRATION STIPULATION                                   Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2 **GOOD CAUSE SO APPEARING, IT IS HEREBY ORDERED** that the

3 above-described dispute involving the issue of whether the chemical treatment provided

4 to patient Guadulupe Nuno were or were not medically necessary shall be added to the

5 parties' arbitration stipulation and this court's prior order filed 04/04/2008.

12 Dated: June 24, 2008        /s/ OLIVER W. WANGER
                              Honorable Oliver W. Wanger
13                            Judge of the United States District Court
                              Eastern District of California

15 lnmF:\DATA\docs\Flam, Dr. Marshall\Leonel DaRosa\Federal Documents\Supp-Arb-Stip-051308.doc

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637

SUPPLEMENT TO ARBITRATION STIPULATION

Page 2

PDF created with pdfFactory trial version www.pdffactory.com