UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUARESMA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARSHALL S. FLAM, M.D. AND BC<br>LIFE & HEALTH INSURANCE<br>COMPANY,<br><br>  Defendants. | 1:07-CV-00323 OWW GSA<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of final arbitration award by all plaintiffs, Doc. 61, all remaining monetary compensation due under the award was due within ten (10) days of October 2, 2009. As no party has filed a motion for enforcement of the award, the Court assumes that Defendant timely issued the remainder of the payment to Plaintiffs.  Accordingly, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   May 3, 2011**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE